

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| In Re: Union Pacific Railroad Company and Wanda Heckel, | § § § § § § | No. 08-14-00141-CV<br><br>AN ORIGINAL PROCEEDING<br><br>IN MANDAMUS |
| Relator. | | |

## **O R D E R**

Pending before the Court is Relators' motion to stay the 120th District Court's order entered on April 24, 2014 in cause number 2011-1952, styled *Blanca Estella Alcantar, Individually and on Behalf of the Estate of Justin Alcantar, Deceased v. Union Pacific Railroad Company, Harvey B. Comer, Wanda Heckel, and Michael Shindo*. The order in question denied Relator's motions for protective order and ordered them to produce true and correct copies of Wanda Heckel's medical records by 12:00 (noon) on Wednesday, April 30, 2014. Relators requested that the trial court stay the order pending resolution of this mandamus, but the trial court denied the motion. The motion to stay the April 24, 2014 order is GRANTED and the order will remain stayed pending resolution of this mandamus proceeding or further order of the Court.

IT IS SO ORDERED this 28th day of April, 2014.


PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.